**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:22-cr-226-CEH-JSS**

**BRETT JEFFREY COULTER**
______________________________________/

## SENTENCING MEMORANDUM

Brett Coulter is a paranoid schizophrenic. When he is on his medication, he has no problems and is able to secure employment. When he is off his medication, he thinks sitting congressmen are targeting him by using the eyeball emoji on Twitter. His medication management has been less than perfect. He was homeless when he was arrested. At the time of sentencing, he will have served 6 months' imprisonment, and the low end of his guidelines range is 10 months' imprisonment. This Court should sentence him to eight months' imprisonment followed by two months in the halfway house, with a condition requiring him to participate in mental health treatment. That way, the probation office will have sufficient time to secure a halfway house location, Mr. Coulter will not be released to homelessness, and his mental health treatment may be supervised by this Court.

## BACKGROUND

Brett grew up in a loving and supportive household. He attended the University of Arizona in Tuscon and achieved a 3.58 grade point average, earning a Bachelor's in political science with a minor in history. But Brett came back from

school different.  He was paranoid and clashed with his family.  The typical age for the onset of schizophrenia is in a person's 20's.  Brett would not be formally diagnosed for several more years.

Brett has been involuntarily committed on five occasions.  He has been prescribed a broad array of medications, including injectable medications.  Because of side effects and a distaste for needles, Brett was not a reliable user of his medicine. As his father explained to the probation officer, when he is on his medication he does well.  The instant offense came to light because Brett, living in his car, came to think a sitting congressman was in some way singling him out through the congressman's use of the "eyeball" emoji on Twitter.  Brett has been medicated during his time in pretrial detention.

## ARGUMENT

This Court should sentence Mr. Coulter to eight months' imprisonment, with special terms of supervised release requiring him to serve two months in a halfway house and undergo mental health treatment, to facilitate his rehabilitation.  Mr. Coulter's offense of lying on a firearms form, combined with his lack of any criminal history points, yields a guidelines range of 10 to 16 months' imprisonment.  He will have served six months already by the time of the sentencing hearing.  With his range in Zone C of the sentencing table, the advisory guidelines authorize a sentence of imprisonment mixed with other sanctions to meet the low-end range.

Though Mr. Coulter's mental health is stable now, even if the Court were to sentence him to time served, he has nowhere to live. Obviously, no statutory sentencing factor would be served by releasing Mr. Coulter to homelessness. Instead, this Court should impose a mixed sanction, as the Guidelines recommend. That is, this Court should impose a sentence of eight months' imprisonment and a period of supervised release, with a special condition requiring Mr. Coulter to reside in a halfway house. Space in a halfway house is rarely immediately available, so the remaining two months of incarceration will allow the probation office to locate an appropriate facility for Mr. Coulter before his release. A special term requiring Mr. Coulter to participate in mental health treatment can provide Mr. Coulter the element of coercion necessary to remain medication compliant. Mr. Coulter is a safe and productive member of society when he is on his medication. He must be released at some point and under some conditions, and two months from sentencing, with a halfway house available, is the right timing and the right set of conditions.

DATED this 22nd day of November 2022.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s **Samuel E. Landes***
Samuel E. Landes, Esq.
D.C. Bar No. 1552625
Assistant Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602

Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd of November 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Daniel Marcet

/s ***Samuel E. Landes***
Samuel E. Landes, Esq.
Assistant Federal Defender