**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

| | |
|---|---|
| CASE NO. 8:22-cr-226-CEH-JSS | DATE: December 1, 2022 |
| TITLE: USA v. **Brett Jeffrey Coulter** | |
| TIME: 11:04 AM – 11:33 AM | TOTAL: 29 minutes |

| | |
|---|---|
| Courtroom Deputy: Magaly Justiniano | Interpreter: n/a |
| Court Reporter: Sharon Miller | Probation: Wilmarisa Martínez |

| | |
|---|---|
| Counsel for Government: | Daniel J. Marcet, AUSA |
| Counsel for Defendant: | Samuel Landes, AFPD |

## CRIMINAL MINUTES

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Count One of the Indictment.

Imprisonment: **ELEVEN (11) MONTHS**.

The Court makes the following recommendation to the Bureau of Prisons:

- Defendant be incarcerated at the closest correctional facility with the appropriate security level to FCC Coleman.

Supervised Release: **THREE (3) YEARS**.

Fine is waived.

Special Assessment: $100.00. This obligation is to be paid immediately.

Special conditions of supervised release:

- Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to

the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

- Defendant shall reside at a halfway house for a period of sixty (60) days and shall observe the rules of that facility. While at the halfway house, Defendant shall follow all rules, and the probation officer's instructions regarding the implementation of this court directive. Further, the Defendant shall contribute towards the cost of subsistence and may be required to pay for a physical examination at your own expense prior to entering the halfway house.

- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

- Defendant shall have no contact, direct or indirect, with the victim, Troy Nehls.

- The mandatory drug testing provisions of the Violent Crime Control Act are waived. The Court authorizes random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Count Two and Count Three are dismissed on the motion of the United States.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 12 |
| Criminal History Category | I |
| Imprisonment Range | 10-16 months |

| | |
|---|---|
| Supervised Release Range | 1-3 years |
| Restitution | n/a |
| Fine Range | \$5,500 – \$55,000 |
| Special Assessment | \$100.00 |

Court adjourned.