COL-JSM-[illegible]

**U.S. Department of Justice**

*United States Marshals Service*
*Middle District of Florida*

*801 N. Florida Ave, Fourth Floor*
*Tampa, FL 33602*

Official Business
Penalty for Private Use $300

UNITED STATES POSTAGE PITNEY BOWES
U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$ 001.08⁰
02 1P
0006899065 JAN 27 2023
MAILED FROM ZIP CODE 33521

CLERK OF COURT
MIDDLE DISTRICT OF FLORIDA
801 N FLORIDA AVE 2ND FL
TAMPA FL 33602

SCREENED
BY USMS

33602$3800 C038