UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:22-cr-226-CEH-LSG

BRETT JEFFREY COULTER

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Daniel Marcet.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Gregory D. Pizzo*
Gregory D. Pizzo
Assistant United States Attorney
Florida Bar No.: 41914
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Gregory.Pizzo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record:

*/s/ Gregory D. Pizzo*____________
Gregory D. Pizzo
Assistant United States Attorney
Florida Bar No.: 41914
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Gregory.Pizzo@usdoj.gov