UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.** | 8:22-cr-26-CEH-LSG | **DATE:** | December 18, 2025 |
| **HONORABLE LINDSAY S. GRIFFIN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br>v.<br>BRETT JEFFREY COULTER | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Gregory Pizzo, AUSA | |
| | | **DEFENSE COUNSEL**<br>Howard Williams, AFPD | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Amanda Craig |
| **TIME:** 9:02 AM to 9:10 AM | **TOTAL:** 8 min | **PROBATION:** | Matt Garner |
| | | **COURTROOM:** | 12A |

## PROCEEDINGS: Initial Appearance on Violation of Supervised Release

Defendant provided a copy of the Petition.
Defendant appears on notice.
Court advises Defendant of rights and alleged violations.
Proceedings conducted pursuant to Rule 32.1.
Financial Affidavit submitted for approval. Court finds that Defendant qualifies for the appointment of counsel.
AFPD appointed for all further proceedings.
Preliminary hearing waived.
Government is not seeking detention. Requests that the conditions of release recommended by Probation be imposed with a $10,000.00 signature bond.
Defendant does not object to the governments request.
Court orders the defendant to be released. Order to be filed.
Court adjourned.