**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No. 8:22-cr-226-CEH-LSG

BRETT JEFFREY COULTER,

Defendant.
______________________________/

## ORDER SETTING CONDITIONS OF RELEASE

The defendant's initial appearance occurred today on a petition alleging that the defendant violated conditions of his supervised release. The defendant sought a conditional release pending his final hearing. For the reasons stated at the hearing, I find that the defendant presented sufficient evidence supporting his conditional release. Accordingly, I order the defendant **RELEASED** pending a final hearing on the following conditions:

1. The defendant must comply with all current conditions of supervision.

2. The defendant must participating in location monitoring through the use of GPS monitoring equipment or other technology at the discretion of the Probation Office.

3. The defendant is subject to home detention, which means that the defendant is restricted to the defendant's residence at all times except for employment; education; religious services; medical, substance abuse, or mental

health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Probation Office.

4. The defendant must sign a $10,000 signature bond that will be payable on the defendant's failure to appear as required.

5. The defendant must continue to participate in mental health treatment as directed by the Probation Office.

6. The defendant must cease all contact, direct or indirect, with both of the victims in the alleged stalking incidents, A.S. and A.F.

A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest and may result in forfeiture of the bond previously given. Further, upon re-arrest, the defendant may be detained in jail without the setting of new conditions of release.

**ORDERED** in Tampa, Florida, on this 18th day of December, 2025.

LINDSAY S. GRIFFIN
United States Magistrate Judge

## ACKNOWLEDGMENT BY DEFENDANT

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my release or admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this order.

Signed in Tampa, Florida, this 15th day of December 2025.

______________________ WITNESS

______________________ DEFENDANT