**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No. 8:22-cr-226-CEH-LSG

BRIAN JEFFREY COULTER,

Defendant.
___________________________________/

## REPORT OF PRELIMINARY SUPERVISED RELEASE REVOCATION HEARING

The defendant's initial appearance occurred today on a petition alleging that the defendant violated a condition of his supervised release. For the reasons stated at the hearing, I find by clear and convincing evidence that the defendant is unlikely to flee or pose a danger to the community if released under 18 U.S.C. § 3142(c). *See* 18 U.S.C. § 3143(a); FED. R. CRIM. P. 32.1(a)(6). Accordingly, by separate order, I am releasing the defendant on conditions pending a final revocation hearing before the district judge.

Based on my finding that the defendant should be released, the defendant was not entitled to a preliminary hearing on the alleged violation. FED. R. CRIM. P. 32.1(b)(1). Accordingly, I order (1) that the clerk schedule a final revocation hearing at the earliest time available on the district judge's calendar and (2) that both the United States and defendant exchange all tangible evidence which either side intends

to introduce at the hearing and exchange a list of witnesses no later than two days before the final supervised release revocation hearing.

**ORDERED** in Tampa, Florida, this 18th day of December, 2025.

LINDSAY S. GRIFFIN
United States Magistrate Judge