**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:22-cr-226-CEH-LSG-1**

**BRETT JEFFREY COULTER.**
**________________________________/**

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Brett Jeffrey Coulter, in the above-styled cause. The Clerk is requested to enter the appearance of Ryan J. Maguire, Assistant Federal Defender, as counsel for the Defendant. The Clerk is requested to withdraw the name of Howard Williams, as notice counsel for the Defendant.

Respectfully submitted this 22nd day of December 2025,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of December 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Gregory Davis Pizzo, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender