**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:22-cr-226-CEH-LSG-1**

**BRETT JEFFREY COULTER**
______________________________________ /

**UNOPPOSED MOTION TO CONTINUE FINAL REVOCATION HEARING**

The Defendant, Brett Coulter, through undersigned counsel and pursuant to Local Rule 3.08, hereby moves this Honorable Court for an Order continuing the final revocation hearing currently scheduled for January 30, 2026, until on or about March 30, 2026. As grounds in support thereof, Ms. Garrett states the following:

1. On December 18, 2025, Mr. Coulter was charged with alleged violations of the conditions of his supervised release and made his initial appearance on the petition. Doc. 72. The Federal Defender's office was appointed, and Mr. Coulter was released on conditions of release pending final revocation hearing. Docs. 68-75.

2. This matter is currently set for a final revocation hearing of supervised release on January 30, 2026, before Honorable Judge Charlene Edwards Honeywell. Doc. 76.

3. Mr. Coulter is charged with a grade C “technical” violation of supervised release. His period of supervised release was set to expire March 30, 2026 but for this alleged violation.

4. The undersigned has been informed that Probation and the United States are in agreement that Mr. Coulter can remain on bond, which includes location monitoring, during the pendency of this matter. It is the intent of the parties to request that Mr. Coulter to be terminated from Probation to “time served” with no additional supervision, assuming that no additional violations occur between now and the Final Revocation Hearing.

5. U.S. Probation Officer Matt Garner informed undersigned that Mr. Coulter has done very well on supervision since the initial appearance and is in agreement with this motion.

6. Undersigned has consulted with AUSA Greg Pizzo who is in agreement with the motion.

7. Defense respectfully asks for a continuance to be granted and the Final Revocation Hearing to be set on or about March 30, 2026 when Mr. Coulter’s supervised release was set to end.

## MEMORANDUM OF LAW

Federal Rule of Criminal Procedure Rule 32.1(b)(2) states that "the court must hold the revocation hearing within a reasonable time." Additionally, Local Rule 3.08 and Federal Rule of Criminal Procedure 32(b)(2) provide that a continuance may be allowed by order of the Court for good cause. Defense counsel submits that this is good cause for granting the requested continuance, and that the ends of justice would warrant a continuance.

WHEREFORE, the Defendant, Brett Coulter, respectfully moves this Honorable Court to enter an Order rescheduling the final revocation hearing currently scheduled for January 30, 2026, to a date that is convenient with this Court near March 30, 2026.

DATED this 23rd day of January 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.,
FEDERAL DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Greg Pizzo, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Defender