**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **8:22-cr-226-CEH-LSG**

**BRETT JEFFREY COULTER**

---

| | | | |
|---|---|---|---|
| **Judge:** | Timothy R. Rice | **Counsel for Government** | Matthew Redavid |
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Yvette Gray |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Matt Garner |
| **Date/Time** | March 5, 2026<br>11:30 AM | **Interpreter** | |
| **Bench Time** | 6 minutes | | |

**<u>Initial Appearance Revocation proceedings</u>**

Court advised Defendant of rights. Federal Public Defender previously appointed. Government summarized allegations and penalties. Oral DPPA order.

**<u>Detention</u>**

Government seeks detention based on danger to the community. Defendant waives preliminary hearing and detention hearing. Defendant remains in custody of the US Marshal pending future proceedings.

A Final Revocation Hearing is set for Tuesday, March 31, 2026 at 11:00 AM in Tampa Courtroom 13A before Senior Judge Charlene Edwards Honeywell.