UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:22-CR-226-CEH-LSG

BRETT JEFFREY COULTER

**ORDER OF DETENTION PENDING FINAL REVOCATION HEARING**

Pursuant to 18 U.S.C. § 3143(a)(1) and Rule 32.1(a)(6), the court "shall" detain an alleged violator of supervised release unless the person can show by "clear and convincing evidence" that he will not flee or pose a danger to any other person or to the community. The court finds Brett Jeffrey Coulter did not meet this burden.

Therefore, Coulter shall be detained without prejudice pending a final revocation hearing. Coulter shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a federal court or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Coulter to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**ORDERED** on March 5. 2026

Timothy R. Rice
United States Magistrate Judge

c: counsel of record and United States Marshals Service