# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED U.S. MARSHALS
2026 MAR 2 AM 9:07

United States of America
v.

Brett Jeffrey Coulter
*Defendant*

Case No. 8:22-cr-226-CEH-JSS

MAR 5 2026 PM 3:39
FILED - USDC - FLMD - TPA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Brett Jeffrey Coulter ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 03/02/26

EMMANUEL PHILANTROPE
*Issuing officer's signature*

City and state: Tampa, FL

Elizabeth Warren Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 3-2-26 , and the person was arrested on *(date)* 3-3-26
at *(city and state)* CHARLOTTE COUNTY, FL .

Date: 3-4-26

*Arresting officer's signature*

MICKENZI PHELPS DUSM
*Printed name and title*