**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

## HONORABLE CHARLENE EDWARDS HONEYWELL

| | |
|---|---|
| **CASE NO.:** 8:22-cr-226-CEH-LSG | **DATE:** March 31, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**BRETT JEFFREY COULTER** | **GOVERNMENT'S COUNSEL:**<br>Gregory Pizzo, AUSA<br><br>**DEFENDANT'S COUNSEL:**<br>Ryan Maguire, AFPD |
| **COURTROOM:** 13A | **INTERPRETER:** N/A |
| **TIME:** 11:06 A.M. – 11:52 A.M. | **TOTAL:** 46 Minutes |
| **COURT REPORTER:** Sharon A. Miller | **PROBATION OFFICER:** Matt Garner |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING: FINAL REVOCATION OF SUPERVISED RELEASE**

Court in session.

All parties are present in the courtroom, and counsel is identified for the record.

The defendant was brought in from Fort Myers this morning.

Mr. Maguire advises that he has had an opportunity to speak with the defendant, and the Defendant is comfortable going forward today.

The Defendant is sworn.

The Court questions the Defendant.

The Defendant states that he is ready to proceed today and waives his right to a preliminary hearing.

An Amended Petition for Summons for Offender Under Supervised Release has been filed.

The Defendant admits to Violation Charge Numbers One and Two, as alleged in the Amended Petition.

Based upon the Defendant's admissions, the Court finds that Defendant violated the terms and conditions of supervised release as to paragraphs One and Two, as alleged in the Amended Petition, and adjudicates Defendant guilty of those violation charges.

**<u>Applicable Guidelines</u>:**

Highest Grade Violation: C
Original Criminal History Category: I
Imprisonment: 3 to 9 months
Maximum Statutory Penalty: 2 years
Maximum Statutory Term of Supervised Release: 3 years

The Defendant does not wish to make a statement to the Court.

The Court hears argument from counsel.

The parties have a joint recommendation.

For the reasons stated on the record, the Court revokes the Defendant's term of supervised release and sentences the Defendant as follows:

Imprisonment: 6 months.

Supervised Release: 1 year (12 months).

Special Conditions of Supervised Release:

1. Defendant shall participate in the Home Detention program for a period of 60 days. During this time, Defendant will remain at his place of residence except for employment and other activities approved in advance by the probation office. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the probation office. Further, Defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the probation office based on his ability to pay.

2. Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) that focuses on personal relationship counseling and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3. Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to a search

pursuant to this condition. Failure to submit to a search may be grounds for revocation.

4. Defendant shall have no contact, direct or indirect, with the victim from the original offense, T.N., or the victims in the alleged stalking incidents, A.S., A.F., or R.J.

The Defendant is advised of the right to appeal and to counsel on appeal.

The Defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Court adjourned.