UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Case No. 8:22-cr-226-CEH-JSS

Plaintiff, ☐
Government ☒

☐ Evidentiary
☐ Trial
☒ Other

v.

BRETT JEFFREY COULTER

Defendant ☒

# GOVERNMENT'S EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Sarasota Police Department Report 2026-00008575 |
| 2 | | | | Final Judgment of Injunction for Protection Against Stalking (2026-DR-001194 SC) |
| 3 | 3/31/2026 | 3/31/2026 | ______________ | Letter Written by R.J. (Dated March 30, 2026) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |