March 30, 2026

To Whom It May Concern:

I've been asked to write to you about my experiences with Mr. Brett Coulter. I met Mr. Coulter in November of 2025 when he was in the office where my Esthetics business is located, to see Doctor of Oriental Medicine, An[redacted] H[redacted]. He introduced himself, finished paying Dr. H[redacted] and left the premises. Within hours, Mr. Coulter accessed my www.RadiantChangeSkincare.com website and scheduled a facial treatment for himself for November 17, 2025. Mr. Coulter came in for two facial treatments between November 17 and December 5, when he repeatedly, in direct opposition to instructions, sat uncovered, in his underwear, asked to see (hold) my shoe, and to shop at Target with him. He began texting me on November 21st with the same harassing shopping requests. In early February Mr. Coulter started posting innuendo filled comments about my big stinky feet and shoes, calling me queen, etc on my business Facebook and Instagram accounts. After being blocked on my professional Facebook and Instagram accounts*, Mr. Coulter made up other online aliases to continue his disturbing behavior on both sites. By mid February, his harassment escalated to cyber stalking when he posted the following under one of his several online identities on my business social media sites: the name of a store at the mall I had recently shopped in (that had never previously been discussed with him or mentioned in his proximity), things I had been wearing, his notation of a lack of digital security measures at my office and activities I had been engaged in. Even more disturbingly, Mr. Coulter mentioned "not having anyone watching me or anything" at the hearing on my Petition for Injunction at the South County 12th Judicial
District Court on Thursday, March 26, 2026. These posts, messages and statements exhibit the intent of invoking fear by providing evidence of his perceived level of control and knowledge of my whereabouts.

In spite of being told, "No thank you." to his repeated requests to go shopping at Macy's and Target, have lunch or ride in my car; his future appointment being canceled; being referred to another business for his skincare; being blocked from my social media pages; and being told by Sarasota City Police Officer JD Miller to have absolutely no further contact or communication with me whatsoever, including but not limited to calls, texts, posts on my social media, or coming to my office, Mr. Coulter sent an accusatory text blaming me for his violation of the terms of his supervised release and impending arrest. Thus, illustrating that he accepts no responsibility for his own actions, but blames others for the consequences of his behavior.

Mr. Coulter has a lengthy history of exhibiting this predatory behavior with multiple other women both in FL and multiple other states. There have been several other injunctions against him for exactly these actions. When testifying at the hearing on my petition for an injunction against him, he perjured himself by saying he's never been arrested for stalking & doesn't have any other injunctions against him, clearly illustrating this is a regular course of conduct and indicating an unlikelihood he is willing to change his behavior. Combined with Mr. Coulter's

previous efforts to obtain a firearm, it is very clear that he is a threat to the general population, especially women, and should remain under strict supervision for the safety of the entire community.

Respectfully,

R[redacted] L J[redacted]

[redacted]

Address withheld under Petition for Confidentiality

*As he mentioned it repeatedly at the hearing in the circuit court, Mr. Coulter will possibly mention that he was "blocked", "unblocked" then "blocked" again from my Facebook account. This is correct, though the "unblock" was accidental and unfortunately, Facebook requires a 48 hour waiting period to re-block any account that has been "unblocked". He was blocked from my professional social media accounts at my earliest opportunity thereafter.